214 So.2d 715

## PRINGLE–ASSOCIATED MORTGAGE CORPORATION
v.
### Ernest R. EANES, Jr.
No. 49434.

Oct. 25, 1968.

In re: Pay Incorporated applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 399.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the result reached by the Court is correct.

214 So.2d 715

### Clarence J. HOGAN et al.
v.
### The TRAVELERS INSURANCE COMPANY et al.
No. 49435.

Oct. 25, 1968.

In re: Clarence J. Hogan et al. applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 211 So.2d 704.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.